UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No.   08CR3613-IEG |
| | ) | |
| Plaintiff, | ) | **ORDER DISMISSING INDICTMENT** |
| v. | ) | |
| | ) | |
| ALFREDO PALACIOS-JARAMILLO, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

Upon request of the United States and good cause appearing,

**IT IS HEREBY ORDERED** that the Indictment charging Defendant Alfredo Palacios-Jaramillo with Attempted Entry After Deportation, in violation of Title 8, United States Code, Section 1326 (a) and (b), filed on October 22, 2008, be dismissed without prejudice.

**DATED:  March 6, 2009**

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**